# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HALEY MAYNOR AND LEE MAYNOR, II** | : | **CIVIL ACTION NO. 2:18-cv-1504** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **CHENNAULT INTERNATIONAL AIRPORT AUTHORITY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 27] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 22] filed by plaintiffs Haley Maynor and Lee Maynor, II be **GRANTED** and that the matter be remanded to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 28th day of June, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE